**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Lopez Sauceda and Maria Lopez Bojorquez, husband and wife; Maria Soledad Alaniz Gonzalez, a single woman, and Angel Alaniz Gonzalez, a single man,<br><br>Plaintiffs,<br><br>vs.<br><br>The United States of America,<br><br>Defendant. | No. CV-07-2267-PHX-DGC<br><br>**ORDER** |

On August 7, 2009, Plaintiffs filed a motion to file under seal the statement of facts and exhibits in support of their response to Defendant's motion to dismiss and motion for summary judgment. Dkt. #81. The Court denied the motion on the grounds that Plaintiffs had made no attempt to satisfy the Ninth Circuit standard for sealing documents and had failed to specify the documents for which the necessary showing can be made. Dkt. #84.

Plaintiffs have filed a new motion (Dkt. #85), asserting that their lodged statement of facts (Dkt. #87) should be filed under seal consistent with the Privacy Act Order and Protective Order (Dkt. ##16, 33). While protecting sensitive law enforcement policies appears to be a valid ground for sealing documents, Plaintiffs seek to seal the entire statement of facts and all exhibits attached thereto. *See* Dkt. #85-1, 86.

The Court will deny Plaintiffs' motion without prejudice and with leave to re-file. The new motion shall specifically identify (by paragraph and/or exhibit number) the portions

of the lodged statement of facts (Dkt. ##87) that Plaintiffs wish to file under seal. The Court will then determine which documents (or portions thereof) should be filed publicly and which should be filed under seal.

**IT IS ORDERED:**

1. Plaintiffs' motion to file documents under seal (Dkt. #85) is **denied** without prejudice.
2. Plaintiffs may file a new motion consistent with this order by **September 18, 2009**.
3. Plaintiffs' motion to exceed page limits (Dkt. #85) is **denied** as moot (*see* Dkt. ##88, 89).

DATED this 3rd day of September, 2009.

_____
David G. Campbell
United States District Judge